# EXHIBIT F



Atkinson Family Practice
June 1, 2022

AFP now has EmFemme 360! Three treatments only and EMFEMME 360 provides an increase in local circulation, muscle pain relief, and muscle relaxation, and addresses urinary incontinence and other intimacy concerns. Coming soon--how to book and special pricing

👍 Like        💬 Comment        ↪ Share

No comments yet
Be the first to comment.

Write a comment...