# EXHIBIT G

| | |
|---|---|
| **From:** | Seth Ogden |
| **To:** | Zimmerman, Parker G.; Shah, Akshat D.; Nathan North; Casey, Alison; hrepicky@btlaw.com; Chase Talbot; Repicky, Heather; Litigation; Friel, Alexander |
| **Cc:** | Sandonato, Michael P.; Hector, Bill; Blanche, Caitlin C.; Cimino, Frank C., Jr.; Patricia A. Hartnett; Peter M. Durney |
| **Subject:** | RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955) |
| **Date:** | Friday, June 12, 2026 5:05:16 PM |
| **Attachments:** | InMode v. BTL - Motion for Entry of Stipulated HIPAA-Qualified Protective Order_BTL redlines.docx |
| | InMode v. BTL - Stipulated HIPAA-Qualified Protective Order_BTL redline.docx |

**Caution: External Email**



Parker,

Attached are our proposed redlines. We do not agree to the filing of a stipulated order; however, solely to avoid additional burden and expense associated with this premature motion, we are willing to agree not to oppose the motion if the motion and protective order are filed in the form proposed in the redlines.

To the extent you believe a meet and confer is necessary, we are available the afternoon of Wednesday, June 17.

Regards,
Seth

**From:** Zimmerman, Parker G. <PGZimmerman@Venable.com>
**Sent:** Wednesday, June 10, 2026 8:43 AM
**To:** Seth Ogden <sro@iplawgroup.com>; Shah, Akshat D. <ADShah@Venable.com>; Nathan North <nin@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Seth,

Thank you for providing BTL's position. We disagree since BTL and Dr. Lacombe have both moved for a protective order or to quash the subpoenas at least in part on the basis of an alleged lack of protections for PHI or burden of needing to redact PHI, and Dr. Lacombe and Dr. Berenholz have objected to InMode's requests and topics at least in part for similar

reasons.

As we are sure you are aware, under HIPAA, covered entities must *either* de-identify (i.e., redact) PHI or comply with the HIPAA privacy rule. Under the privacy rule, InMode's seeking of a HIPAA-qualified protective order permits disclosure of even unredacted PHI in response to a subpoena, mooting the concerns of both adequate protections for PHI and any burden of needing to redact PHI.

Unless you would like to confer, we will proceed with filing our motion for entry of a HIPAA-qualified protective order and note that BTL has declined to join in the filing.

Best,
Parker

Parker G. Zimmerman, Esq. | Venable LLP
t 212.218.2347 | f 212.307.5598 | m 978.760.4369
151 W. 42nd Street, 49th Floor, New York, NY 10036

PGZimmerman@Venable.com | www.Venable.com

**From:** Seth Ogden <sro@iplawgroup.com>
**Sent:** Tuesday, June 9, 2026 11:44 AM
**To:** Zimmerman, Parker G. <PGZimmerman@Venable.com>; Shah, Akshat D. <ADShah@Venable.com>; Nathan North <nin@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

**Caution: External Email**

Hi Parker,

At this point, we don't see a need to spend time or resources regarding entry of a HIPAA-Qualified Protective Order until the Court rules on our motion for protective order and the various courts around the country rule on the motions to quash that have been or are being filed on behalf of each BTL customer on whom you served a subpoena, as we are not aware of any BTL information that would require such an order. Once that need arises (e.g., because a production is forthcoming or deposition is allowed to move forward that would require it), BTL is willing to revisit the issue and work in good faith to arrive at an order that provides the necessary protections. We also believe that attorneys

representing the various subpoenaed defendants should have input on any such proposed order. If you believe there is a current need for the order, please explain why, and we'll reconsider our position.

Regards,

Seth

---

**From:** Zimmerman, Parker G. <PGZimmerman@Venable.com>
**Sent:** Tuesday, June 9, 2026 10:37 AM
**To:** Seth Ogden <sro@iplawgroup.com>; Shah, Akshat D. <ADShah@Venable.com>; Nathan North <nin@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

We are following up on InMode's proposed HIPAA-Qualified Protective Order, re-attached here.

Please let us know if BTL agrees to entry of this protective order or if BTL believes a meet and confer is necessary. If BTL agrees, please provide authorization to sign for counsel for BTL, and we will get the protective order and accompanying motion on file with the Court.

Best,
Parker

Parker G. Zimmerman, Esq. | Venable LLP
t 212.218.2347 | f 212.307.5598 | m 978.760.4369
151 W. 42nd Street, 49th Floor, New York, NY 10036

PGZimmerman@Venable.com | www.Venable.com

**From:** Seth Ogden <sro@iplawgroup.com>
**Sent:** Friday, June 5, 2026 5:28 PM
**To:** Shah, Akshat D. <ADShah@Venable.com>; Nathan North <nin@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>;

Zimmerman, Parker G. <PGZimmerman@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

**Caution: External Email**

Thanks for your response. Enjoy your weekend.

Regards,
Seth

**From:** Shah, Akshat D. <ADShah@Venable.com>
**Sent:** Friday, June 5, 2026 4:25 PM
**To:** Seth Ogden <sro@iplawgroup.com>; Nathan North <nin@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Zimmerman, Parker G. <PGZimmerman@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

InMode will oppose the motion to quash. We also do not believe a meet and confer is necessary.

Best,
Akshat

Akshat D. Shah, Esq. | Venable LLP
t 212.218.2118 | f 212.307.5598 | m 908.463.4381
151 W. 42nd Street, 49th Floor, New York, NY 10036

ADShah@Venable.com | www.Venable.com

**From:** Seth Ogden <sro@iplawgroup.com>
**Sent:** Friday, June 5, 2026 2:00 PM
**To:** Zimmerman, Parker G. <PGZimmerman@Venable.com>; Nathan North <nin@iplawgroup.com>; Shah, Akshat D. <ADShah@Venable.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>

**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

**Caution: External Email**

Counsel,

Patterson IP Law represents Dr. Berenholz in responding to the subpoena. Dr. Berenholz plans to file a motion to quash on the same bases that BTL has previously stated in support of it motion for a protective order. Please let us know if you will withdraw the subpoena and, if not, whether you believe an additional meet and confer is necessary. If so, we are available to discuss this afternoon.

Regards,
Seth

**From:** Zimmerman, Parker G. <PGZimmerman@Venable.com>
**Sent:** Thursday, June 4, 2026 8:48 AM
**To:** Nathan North <nin@iplawgroup.com>; Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

InMode will oppose BTL's motion.

Additionally, as noted in our Monday email, attached is a draft HIPAA-qualified protective order as well as a draft motion for entry of the protective order.

Please let us know if BTL has any changes or agrees to entry of this protective order. If BTL agrees, please provide authorization to sign for counsel for BTL, and we will get these on file with the Court.

Best,

Parker

Parker G. Zimmerman, Esq. | Venable LLP
t 212.218.2347 | f 212.307.5598 | m 978.760.4369
151 W. 42nd Street, 49th Floor, New York, NY 10036

PGZimmerman@Venable.com | www.Venable.com

**From:** Nathan North <nin@iplawgroup.com>
**Sent:** Tuesday, June 2, 2026 12:35 PM
**To:** Zimmerman, Parker G. <PGZimmerman@Venable.com>; Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** Re: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

**Caution: External Email**

Counsel,

Thank you for your position. In light of InMode's refusal to withdraw the third-party subpoenas, BTL Industries intends to file a motion for a protective order requesting the Court quash or modify the subpoenas for the reasons discussed in last week's meet and confer.

Best,
Nathan

**From:** Zimmerman, Parker G. <PGZimmerman@Venable.com>
**Sent:** Monday, June 1, 2026 4:59 PM
**To:** Nathan North <nin@iplawgroup.com>; Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com <hrepicky@btlaw.com>; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

Following up on last Thursday's meet and confer, InMode will not be withdrawing its third-party subpoenas. InMode disagrees that the requests and topics seek improper expert testimony or seek documents and testimony that are cumulative of party discovery, not relevant, or unduly burdensome.

Additionally, while InMode does not believe that HIPAA would prevent the subpoenaed doctors from providing the information InMode seeks, InMode is willing to agree to the doctors providing information that is de-identified in accordance with the HIPAA Privacy Rule as well as stipulate to a HIPAA-Qualified Protective Order, which InMode will provide shortly. These assurances should provide more than sufficient safeguards for the limited and targeted information InMode seeks.

Best,
Parker

Parker G. Zimmerman, Esq. | Venable LLP
t 212.218.2347 | f 212.307.5598 | m 978.760.4369
151 W. 42nd Street, 49th Floor, New York, NY 10036

PGZimmerman@Venable.com | www.Venable.com

**From:** Nathan North <nin@iplawgroup.com>
**Sent:** Thursday, May 28, 2026 9:59 AM
**To:** Zimmerman, Parker G. <PGZimmerman@Venable.com>; Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** Re: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

**Caution: External Email**

3pm ET works for us. Thank you.

Best,
Nathan

**From:** Zimmerman, Parker G. <PGZimmerman@Venable.com>
**Sent:** Wednesday, May 27, 2026 5:03 PM

**To:** Nathan North <nin@iplawgroup.com>; Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com <hrepicky@btlaw.com>; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** RE: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

We are available to meet and confer tomorrow between 3pm ET and 4:30pm ET. If that window works for you, we will circulate a Zoom invite.

Best,
Parker

Parker G. Zimmerman, Esq. | Venable LLP
t 212.218.2347 | f 212.307.5598 | m 978.760.4369
151 W. 42nd Street, 49th Floor, New York, NY 10036

PGZimmerman@Venable.com | www.Venable.com

**From:** Nathan North <nin@iplawgroup.com>
**Sent:** Wednesday, May 27, 2026 5:01 PM
**To:** Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Zimmerman, Parker G. <PGZimmerman@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** Re: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

**Caution: External Email**

Counsel,

We write regarding the below request for a meet and confer regarding the third-party subpoenas. Please advise of your availability tomorrow afternoon.

Best,
Nathan

**From:** Nathan North <nin@iplawgroup.com>
**Sent:** Friday, May 22, 2026 3:51 PM
**To:** Shah, Akshat D. <ADShah@Venable.com>; Seth Ogden <sro@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com <hrepicky@btlaw.com>; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Zimmerman, Parker G. <PGZimmerman@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** Re: InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

BTL Industries would like to have a meet and confer regarding InMode's notice for third-party subpoenas. Please provide your availability Wednesday and Thursday afternoons.

Best,
Nathan

**From:** Shah, Akshat D. <ADShah@Venable.com>
**Sent:** Thursday, May 21, 2026 6:23 PM
**To:** Seth Ogden <sro@iplawgroup.com>; Nathan North <nin@iplawgroup.com>; Casey, Alison <acasey@btlaw.com>; hrepicky@btlaw.com <hrepicky@btlaw.com>; Chase Talbot <sct@iplawgroup.com>; Repicky, Heather <heather.repicky@btlaw.com>; Litigation <Litigation@iplawgroup.com>; Friel, Alexander <alexander.friel@btlaw.com>
**Cc:** Sandonato, Michael P. <MSandonato@Venable.com>; Hector, Bill <WAHector@Venable.com>; Zimmerman, Parker G. <PGZimmerman@Venable.com>; Blanche, Caitlin C. <CBlanche@Venable.com>; Cimino, Frank C., Jr. <FCCimino@Venable.com>; Patricia A. Hartnett <phartnett@smithduggan.com>; Peter M. Durney <pdurney@smithduggan.com>
**Subject:** InMode Ltd. v. BTL Industries, Inc. (DMA: 1:24-cv-12955)

Counsel,

We intend to serve four 3rd-party subpoenas under the FRCP 45 for Dr. Katherine Atkinson, Dr. Victor Lacombe, Dr. Kimberly Evans, and Dr. Joseph Berenholz. Attached is a notice of intent to serve subpoenas and the four corresponding subpoenas.

Best,

Akshat

Akshat D. Shah, Esq. | Venable LLP
t 212.218.2118 | f 212.307.5598 | m 908.463.4381
151 W. 42nd Street, 49th Floor, New York, NY 10036

ADShah@Venable.com | www.Venable.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or
privileged information. If
you believe you have received this message in error, please
notify the sender by reply
transmission and delete the message without copying or
disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*