## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INMODE LTD.,** | |
| Plaintiff, | |
| v. | Case No: 1:24-cv-12955-PBS |
| **BTL INDUSTRIES, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT MOTION TO AMEND SCHEDULING ORDER [167]

Defendant, BTL Industries, Inc. ("BTL"), and Plaintiff InMode Ltd. ("InMode") (collectively, "the Parties") hereby respectfully move the Court to amend the Scheduling Order (Dkt. 167) to allow for an extension of the fact discovery deadline to permit the parties time for further fact discovery and to permit the parties to conduct any further discovery that may be necessitated after the Court's claim construction order. The Parties request a two (2) month extension of the fact discovery deadline.

In conjunction with this extension, the Parties further request that the other deadlines in the Court's Scheduling Order (Dkt. 167) be extended by the same two (2) months to accommodate the extension of fact discovery.[1] A full list of amended deadlines is attached as Exhibit A.

The Parties make this request in good faith and not for purposes of delay.

The Parties respectfully request that the Court's Scheduling Order (Dkt. 167) be amended to extend the fact discovery deadline and other deadlines as listed in attached Exhibit A.

---

[1] The Parties have agreed that this two-month extension will not be used to argue delay should InMode pursue claims for a permanent injunction or to seek a stay of this proceeding.

1

Dated: June 29, 2026

**InMode Ltd.**

/s/ William A. Hector
Peter M. Durney (BBO # 139260)
pdurney@smithduggan.com
Patricia A. Hartnett (BBO # 568206)
phartnett@smithduggan.com
SMITH DUGGAN CORNELL
 & GOLLUB LLP
101 Arch Street, Suite 1100
Boston, MA 02110
Telephone: (617) 228-4400
Facsimile: (617) 482-3917

Caitlin C. Blanche (*pro hac vice*)
cblanche@venable.com
Michael P. Sandonato (*pro hac vice*)
msandonato@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Frank C. Cimino, Jr. (*pro hac vice*)
fccimino@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Parker G. Zimmerman (*pro hac vice*)
pgzimmerman@venable.com
VENABLE LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

William A. Hector (*pro hac vice*)
wahector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111

Respectfully Submitted,

**BTL Industries, Inc.,**

/s/ Seth R. Ogden
Alison C. Casey (BBO # 688253)
Heather B. Repicky (BBO #663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5322
Fax: (617) 316-5311
acasey@btlaw.com

Seth R. Ogden (*pro hac vice*)
Nathan I. North (*pro hac vice*)
PATTERSON INTELLECTUAL
PROPERTY PC
sro@iplawgroup.com
nin@iplawgroup.com
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400

*Attorneys for Defendant BTL Industries, Inc.*

2

Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for Plaintiff InMode Ltd.*

3

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

/s/ *Seth R. Ogden*
Seth R. Ogden

4

# Exhibit A

| Event: | Current Date/Deadline: | Extended Date/Deadline: |
|---|---|---|
| Deadline for parties to meet and confer to discuss narrowing of asserted claims and invalidity theories | Two weeks after Markman Order | unaffected |
| Close of Fact Discovery | Friday, July 31, 2026 | Thursday, October 1, 2026 |
| Opening Expert Reports on Issues for which a Party Bears the Burden of Proof | Friday, August 21, 2026 | Wednesday, October 21, 2026 |
| Rebuttal Expert Reports | Friday, October 2, 2026 | Wednesday, December 2, 2026 |
| Close of Expert Discovery | Friday, October 30, 2026 | Wednesday, December 30, 2026 |
| Deadline for InMode to reduce its asserted claims for trial | Friday, November 6, 2026 | Wednesday, January 6, 2027 |
| Dispositive Motions | Tuesday, November 24, 2026 | Monday, January 25, 2027 |
| Response to Dispositive Motions | Friday, December 18, 2026 | Thursday, February 18, 2027 |
| Reply to Dispositive Motions | Friday, January 8, 2027 | Monday, March 8, 2027 |
| Hearing on Dispositive Motions | Thursday, January 28, 2027 at 2:30PM ET | Monday, March 29, 2027 at 2:30PM ET |
| Pretrial Conference | Thursday, January 28, 2027 | Monday, March 29, 2027 |
| Trial | TBD at Pretrial Conference | TBD at Pretrial Conference |