## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

INMODE LTD.,

      Plaintiff,

      v.

BTL INDUSTRIES, INC.,

      Defendant.

Case No: 1:24-cv-12955-PBS

**JURY TRIAL DEMANDED**

## PLAINTIFF INMODE LTD.'S UNOPPOSED MOTION FOR ENTRY OF
## A HIPAA-QUALIFIED PROTECTIVE ORDER

Plaintiff InMode Ltd. ("InMode") hereby moves for entry of a HIPAA-Qualified Protective Order in this case. Defendant BTL Industries, Inc. ("BTL") does not oppose this motion.

As grounds for the present motion, InMode states that over, the course of this action, the discovery and exchange of health information, including protected health information ("PHI"), relating to the subject matter of this Action may be necessary. The Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. No. 104-191, and its implementing regulations, including 45 C.F.R. § 164.512(e), restrict the use and disclosure of PHI. BTL and certain third parties have objected to and sought an order preventing the disclosure of certain health information because it may contain PHI. However, HIPAA permits the disclosure of health information, including PHI, in response to a subpoena where the requesting party has made satisfactory assurances that it has requested a HIPAA-qualified protective order from the court. 45 CFR 164.512(e)(1)(ii), (iv). Therefore, InMode herein seeks endorsement of a HIPAA-qualified protective order permitting limited disclosure of PHI under 45 C.F.R. § 164.512(e) as may be necessary in this Action and

requests that this Court enter such an order.

WHEREFORE, InMode requests that the Court ALLOW the present motion and endorse the proposed HIPAA-Qualified Protective Order attached hereto as Exhibit A.

Dated: July 14, 2026

Respectfully Submitted,

**InMode Ltd.**

/s/ William A. Hector
Peter M. Durney (BBO # 139260)
pdurney@smithduggan.com
Patricia A. Hartnett (BBO # 568206)
phartnett@smithduggan.com
SMITH DUGGAN CORNELL
 & GOLLUB LLP
101 Arch Street, Suite 1100
Boston, MA 02110
Telephone: (617) 228-4400
Facsimile: (617) 482-3917

Caitlin C. Blanche (*pro hac vice*)
cblanche@venable.com
Michael P. Sandonato (*pro hac vice*)
msandonato@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Frank C. Cimino, Jr. (*pro hac vice*)
fccimino@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Parker G. Zimmerman (*pro hac vice*)
pgzimmerman@venable.com
VENABLE LLP
151 W. 42nd Street, 49th Floor

New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

William A. Hector (*pro hac vice*)
wahector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for Plaintiff InMode Ltd.*

3

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that counsel for BTL Industries, Inc., was contacted regarding the subject matter of this motion on June 4, 2026, when counsel for InMode Ltd. requested that BTL Industries, Inc., join in this motion. Counsel for BTL did not agree to join in this motion, but BTL stated that it did not oppose the motion on July 8, 2026.

/s/ William A. Hector

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ William A. Hector