**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INMODE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BTL INDUSTRIES, INC.,<br><br>Defendant. | Case No: 1:24-cv-12955-PBS<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY</u>**

Plaintiff InMode Ltd. ("Plaintiff") and Defendant BTL Industries, Inc. ("Defendant") (collectively, the "Parties"), by and through the undersigned counsel, hereby provide notice that the Parties have reached an agreement to settle this action, subject to the drafting and execution of a final settlement agreement. To conserve party and judicial resources and to allow time to finalize and execute the settlement agreement, the Parties respectfully request the Court to stay all proceedings and deadlines for thirty (30) days until October 11, 2026. Upon finalizing the settlement agreement, the Parties will submit a consent judgment and permanent injunction for approval and entry by the Court.

Accordingly, the Parties request that the Court ALLOW the present motion and endorse the Proposed Order attached hereto as Exhibit A to stay all proceedings and deadlines for thirty (30) days until October 11, 2026.

September 11, 2026

**InMode Ltd.**

/s/ William A. Hector
Peter M. Durney (BBO # 139260)
pdurney@smithduggan.com
Patricia A. Hartnett (BBO # 568206)
phartnett@smithduggan.com
SMITH DUGGAN CORNELL
& GOLLUB LLP
101 Arch Street, Suite 1100
Boston, MA 02110
Telephone: (617) 228-4400
Facsimile: (617) 482-3917

Caitlin C. Blanche (*pro hac vice*)
cblanche@venable.com
Michael P. Sandonato (*pro hac vice*)
msandonato@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Frank C. Cimino, Jr. (*pro hac vice*)
fccimino@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Parker G. Zimmerman (*pro hac vice*)
pgzimmerman@venable.com
VENABLE LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

William A. Hector (*pro hac vice*)
wahector@venable.com
VENABLE LLP
101 California Street, Suite 3800

Respectfully Submitted,

**BTL Industries, Inc.**

/s/ Seth R. Ogden
Alison C. Casey (BBO # 688253)
Heather B. Repicky (BBO # 663347)
Alexander J. Friel (BBO # 715157)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (617) 316-5322
Facsimile: (617) 316-5311
acasey@btlaw.com
hrepicky@btlaw.com
alexander.frield@btlaw.com

Seth R. Ogden (*pro hac vice*)
Nathan I. North (*pro hac vice*)
PATTERSON INTELLECTUAL
PROPERTY PC
sro@iplawgroup.com
nin@iplawgroup.com
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

*Attorneys for Defendant BTL Industries, Inc.*

San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for Plaintiff InMode Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

*/s/ William A. Hector*