# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

INMODE LTD.,

Plaintiff,

v.

BTL INDUSTRIES, INC.,

Defendant.

Case No: 1:24-cv-12955-PBS

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

Upon consideration of Plaintiff InMode Ltd. and Defendant BTL Industries, Inc.'s (collectively, the "Parties") Motion to Stay based on settlement, the Court finds good cause to stay all proceedings and deadlines for thirty (30) days until October 11, 2026.

Accordingly, the Parties' Motion is GRANTED.

So ORDERED, this the ____ of _________, 2026.

______________________________
Hon. Patti B. Saris
United States District Court Judge

September 11, 2026

**InMode Ltd.**

*<u>/s/ William A. Hector</u>*
Peter M. Durney (BBO # 139260)
pdurney@smithduggan.com
Patricia A. Hartnett (BBO # 568206)
phartnett@smithduggan.com

Respectfully Submitted,

**BTL Industries, Inc.**

*<u>/s/ Seth R. Ogden</u>*
Alison C. Casey (BBO # 688253)
Heather B. Repicky (BBO # 663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530

SMITH DUGGAN CORNELL & GOLLUB
101 Arch Street, Suite 1100
Boston, MA 02110
Telephone: (617) 228-4400
Facsimile: (617) 482-3917

Caitlin C. Blanche (*pro hac vice*)
cblanche@venable.com
Michael P. Sandonato (*pro hac vice*)
msandonato@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Frank C. Cimino, Jr. (*pro hac vice*)
fccimino@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Parker G. Zimmerman (*pro hac vice*)
pgzimmerman@venable.com
VENABLE LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

William A. Hector (*pro hac vice*)
wahector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for Plaintiff InMode Ltd.*

Boston, MA 02210
Telephone: (617) 316-5322
Facsimile: (617) 316-5311
acasey@btlaw.com
hrepicky@btlaw.com

Seth R. Ogden (*pro hac vice*)
Nathan I. North (*pro hac vice*)
PATTERSON INTELLECTUAL
PROPERTY PC
sro@iplawgroup.com
nin@iplawgroup.com
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400

*Attorneys for Defendant BTL Industries, Inc.*