UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INMODE, LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 24-12955-PBS |
| | ) | |
| BTL INDUSTRIES, INC. | ) | |
| Defendant. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on September 11, 2026, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within sixty (60) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Karasek
Deputy Clerk

DATED: September 17, 2026