**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **INMODE LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**BTL INDUSTRIES, INC.,**<br><br>Defendant. | Case No: 1:24-cv-12955-PBS<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL**
**PENDING FINAL SETTLEMENT**

Plaintiff InMode Ltd. ("InMode") and Defendant BTL Industries, Inc. ("BTL") (collectively, "the Parties") hereby respectfully move the Court to issue an order extending the dismissal without prejudice and 60-day time to re-open the action with good cause set forth in its September 17, 2026, Settlement Order of Dismissal (Dkt. No. 239). The Parties request a thirty (30) day extension from November 16, 2026 to December 16, 2026. The Parties are actively working to finalize and execute a written settlement agreement, but need additional time beyond the existing deadline to do so. Upon finalizing the settlement agreement, the Parties will submit a consent judgment and permanent injunction for approval and entry by the Court.

Accordingly, the Parties request that the Court ALLOW the present motion and endorse the Proposed Order attached hereto as Exhibit A to extend the settlement order of dismissal pending final settlement for thirty (30) days until December 16, 2026.

Dated: November 13, 2026

Respectfully Submitted,

**InMode Ltd.**

*/s/ William A. Hector*
Peter M. Durney (BBO # 139260)
pdurney@smithduggan.com
Patricia A. Hartnett (BBO # 568206)
phartnett@smithduggan.com
SMITH DUGGAN CORNELL
& GOLLUB LLP
101 Arch Street, Suite 1100
Boston, MA 02110
Telephone: (617) 228-4400
Facsimile: (617) 482-3917

Caitlin C. Blanche (*pro hac vice*)
cblanche@venable.com
Michael P. Sandonato (*pro hac vice*)
msandonato@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Frank C. Cimino, Jr. (*pro hac vice*)
fccimino@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Parker G. Zimmerman (*pro hac vice*)
pgzimmerman@venable.com
VENABLE LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

William A. Hector (*pro hac vice*)
wahector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750

**BTL Industries, Inc.,**

*/s/ Seth R. Ogden (w/ permission)*
Alison C. Casey (BBO # 688253)
Heather B. Repicky (BBO #663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5322
Fax: (617) 316-5311
acasey@btlaw.com

Seth R. Ogden (*pro hac vice*)
Nathan I. North (*pro hac vice*)
PATTERSON INTELLECTUAL
PROPERTY PC
sro@iplawgroup.com
nin@iplawgroup.com
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400

*Attorneys for Defendant BTL Industries, Inc.*

Facsimile: (415) 653-3755

*Attorneys for Plaintiff InMode Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ William A. Hetor*
William A. Hector

# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INMODE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BTL INDUSTRIES, INC.,<br><br>Defendant. | Case No: 1:24-cv-12955-PBS<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL PENDING FINAL SETTLEMENT

Upon consideration of Plaintiff InMode Ltd. and Defendant BTL Industries, Inc.'s (collectively, the "Parties") Motion to Extend Settlement Order of Dismissal Pending Final Settlement, the Court finds good cause to extend the deadline for thirty (30) days until December 16, 2026.

Accordingly, the Parties' Motion is GRANTED.

So ORDERED, this the ____ of _________, 2026.

______________________________
Hon. Patti B. Saris
United States District Court Judge